IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VINCENT DAVIN WALLEN and<br>TORI DANEA NUNLEY,<br><br>Defendants. | Case No. 21-CR-382-JFH |

### ORDER

Before the Court is an unopposed motion to dismiss ("Motion") filed by the United States of America ("Government"). Dkt. No. 51. The Government requests leave to dismiss the indictment [Dkt. No. 2] without prejudice as to Defendants Vincent David Wallen and Tori Danea Nunley (collectively "Defendants"). *Id.*

Under Fed. R. Crim. P. 48(a), "courts must grant prosecutors leave to dismiss charges unless dismissal is clearly contrary to manifest public interest." *United States v. Robertson*, 45 F.3d 1423, 1437 n.14 (10th Cir. 1995) (quoting *Rinaldi v. United States*, 434 U.S. 22, 30 (1977)). The Court concludes that dismissal of the charges against Defendants is not contrary to the public interest, nor is it for an improper purpose. The Government's motion to dismiss should be granted.

**IT IS THEREFORE ORDERED** that the Government's unopposed motion to dismiss [Dkt. No. 51] is **GRANTED** and the Indictment [Dkt. No. 2] is **dismissed without prejudice** as to Defendants Vincent Davin Wallen and Tori Danea Nunley.

Dated this 28th day of March 2022.

JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE